(No. 690—Claim denied.)

PYRAMID LUMBER COMPANY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed March 10, 1927.*

FRANCHISE TAX—*when court without jurisdiction to refund.* The case is governed by the decision of the court announced in the case of *Moline Plow Company* v. *State, supra.*

HOPKINS, STARR & HOPKINS, for claimant.

OSCAR E. CARLSTROM, Attorney General; EDWARD C. FITCH, Assistant Attorney General, for respondent.

Mr. CHIEF JUSTICE CLARITY delivered the opinion of the court:

For the reasons set forth in the opinion filed in this court in the case of *Moline Plow Company* v. *State of Illinois*, No. 687a, this claim is disallowed.